UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 25-mj-06287-MPK

UNITED STATES OF AMERICA

v.

ISIAH MEDINA

ORDER ON DETENTION MOTION

KELLEY, U.S.M.J.

The defendant is charged in connection with the above-numbered complaint; he is in state custody awaiting trial on unrelated charges. He had an initial appearance today, June 30, 2025. The government moved for detention. Represented by counsel, defendant agreed to have the court continue the detention hearing until the defendant is released from custody in that matter in accord with United States v. King, 818 F.2d 112, 115 n. 3 (1st Cir. 1987).

Thus, it is ORDERED that: (1) the detention hearing is continued generally; (2) the defendant is DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) the U.S. Marshal lodge a detainer against the defendant with the state authorities on the basis of this Order.

/s/ Page Kelley
Page Kelley
UNITED STATES MAGISTRATE JUDGE